JACOB HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
CARNIVAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-CV-00236<br><br>**JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>**L.Civ.R. 7.2**<br><br>Judge:  Hon. Gonzalo P. Curiel |

Defendant Carnival Corporation ("Defendant") and Plaintiff India Price ("Plaintiff"), by and through the undersigned counsel, hereby stipulate and jointly move that the Court adopt the following proposed modification of the case schedule:

WHEREAS, the current deadline for Carnival to answer or otherwise respond to the Complaint is May 8, 2023;

WHEREAS, in the interests of more efficient adjudication, the parties have recently reached an agreement in principle to have this action consolidation with several other similar actions either currently pending in, or soon to be transferred to, this District;

WHEREAS, the parties require additional time to coordinate the mechanics of such transfer and consolidation with the other similar actions;

WHEREAS, as resources spent filing a responsive pleading or briefing a motion to dismiss at this time would be wasted, in light of the fact that a new answer or motion-to-dismiss briefing will need to be filed after this case is transferred and a new, consolidated complaint is filed;

The parties hereby stipulate to the following:

Carnival's answer or other responsive pleading shall be due June 8, 2023. If Carnival files a motion to dismiss Plaintiff's Complaint, Plaintiff's deadline to respond to that motion shall be July 10, 2023, and Carnival's reply shall be July 24, 2023.

The parties have sought two prior extensions to the deadline to answer or otherwise respond. They seek this additional extension because the parties require additional time to coordinate the mechanics of consolidating this action with the number of similar actions currently pending in this and other Courts.

**IT IS SO STIPULATED.**

Dated: May 8, 2023

By: _____*/s/ Jacob Heath*_____
Jacob Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Carnival Corporation



By: _____*/s/ Jonathan Jagher*_____
Jonathan Jagher
FREED KANNER LONDON & MILLEN LLC
Attorneys for Plaintiff