```
 1  JACOB HEATH (STATE BAR NO. 238959)
    jheath@orrick.com
 2  ARAVIND SWAMINATHAN (pro hac vice forthcoming)
    aswaminathan@orrick.com
 3  REBECCA HARLOW (STATE BAR NO. 281931)
    rharlow@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:    +1 415 773 5700
    Facsimile:    +1 415 773 5759
 7
    Attorneys for Defendant
 8  CARNIVAL CORPORATION
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARNIVAL CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:23-CV-00236<br><br>**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND SET CASE DEADLINES**<br><br>**Civ. L. R. 7.2(b)**<br><br>Judge:  Hon. Gonzalo P. Curiel |
| ERICA MIKULSKY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARNIVAL CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00404 |

| | | |
|---|---|---|
| 1 | | |
| 2 | MARILYN HERNANDEZ, individually, and on behalf of all others similarly situated, | Case No. 3:23-cv-1034 |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | CARNIVAL CORPORATION, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | ARIEL OLIVER, individually, and on behalf of all others similarly situated, | Case No. 3:23-cv-001036 |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | CARNIVAL CORPORATION, | |
| 13 | Defendant. | |

- 2 -

JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND SET CASE DEADLINES

The below-referenced Parties jointly move and represent as follows:

WHEREAS, there are four (4) related proposed class actions pending in the United States District Court for the Southern District of California: *India Price v. Carnival Corp.*, No. 3:23-cv-00236 ("*Price*"), filed February 8, 2023, and assigned to the Honorable Gonzalo P. Curiel; *Erica Mikulsky v. Carnival Corp.*, No. 3:23-cv-00404 ("*Mikulsky*"), filed March 2, 2023, and originally assigned to the Honorable William Q. Hayes; *Marilyn Hernandez v. Carnival Corp.*, originally filed on February 24, 2023 in the District of Maryland, transferred to the Southern District of California on June 1, 2023, docketed as No. 3:23-cv-01034 ("*Hernandez*"), and originally assigned to the Honorable M. James Lorenz; and *Ariel Oliver v. Carnival Corp.*, originally filed on December 22, 2023 in the Western District of Pennsylvania, transferred to the Southern District of California on June 2, 2023, docketed as No. 3:23-cv-01036 ("*Oliver*"), and originally assigned to the Honorable Cynthia Bashant (together, the "Related Actions");

WHEREAS, Defendant Carnival Corp. ("Carnival") filed Notices of Related Case in the *Mikulsky*, *Hernandez*, and *Oliver* matters on June 6, 2023, seeking relation of the cases to *Price*, the lowest-numbered case, and assignment to the Honorable Gonzalo P. Curiel, before whom the *Price* case is pending;

WHEREAS, a fifth case, *Daniel Rubridge v. Carnival Corp.*, was filed in the District of Massachusetts and the parties have stipulated to a transfer to the Southern District of California, which order has not yet been entered;

WHEREAS, Plaintiffs in the Related Actions allege that Carnival's use of session replay software on www.carnival.com violated state and federal wiretapping prohibitions;

WHEREAS, Plaintiffs agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a), because the Related Actions involve common questions of law or fact – specifically, the cases name the same defendant, arise from the same events and tools, and assert overlapping claims and putative classes;

WHEREAS, the parties have conferred and agreed that consolidation of the Related Actions would serve the interests of efficiency and judicial economy and would not cause any inconvenience, delay, confusion, or prejudice;

1    WHEREAS, the Parties propose, subject to Court approval, that these actions proceed on
2 the following schedule:
3 1.  Plaintiffs shall file a consolidated complaint no later than August 7, 2023;
4 2.  Defendant shall not be required to respond to the respective complaints in the Related
5     Actions pending approval of this stipulation;
6 3.  Defendant shall have until September 6, 2023 to respond to the consolidated complaint;
7 4.  If the responsive pleading is a motion to dismiss, Plaintiffs shall have until October 6, 2023
8     to respond to the motion;
9 5.  If the responsive pleading is a motion to dismiss, Defendant shall have until October 20,
10    2023 to file its reply;
11 6. In the event the Court declines to consolidate the Related Actions, Defendant shall have
12    thirty (30) days from the date of any order denying consolidation in which to respond to the
13    respective complaints filed in the Related Actions; and
14 7. Discovery shall be stayed until Plaintiffs file the consolidated complaint or until the Court
15    denies consolidation.
16 NOW THEREFORE, the Parties, through their respective counsel, jointly move pursuant to Civil
17 Local Rule 7.2(b) that the Court consolidate the Related Actions as set forth below and enter an
18 order that:
19 1.  The *Price*, *Mikulsky*, *Hernandez*, and *Oliver* actions currently pending in this District, and
20     any other action arising out of the same or similar operative facts now pending or hereafter
21     filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes
22     pursuant to Federal Rule of Civil Procedure 42(a) before the Honorable Gonzalo P. Curiel
23     (hereafter, the "Consolidated Action").
24 2.  All papers filed in the Consolidated Action shall be filed under Case No. 3:23-cv-00236,
25     the number assigned to the first-filed case.
26 3.  Any action subsequently files, transferred, or removed to this Court that arises out of the
27     same or similar operative facts as the Consolidated Action will be consolidated with the
28     Consolidated Action for pre-trial purposes pursuant to the following procedure:

    (a)    The parties to the Consolidated Action shall file a Notice of Related Case and shall indicate whether the new case might properly be consolidated with the Consolidated Action.

    (b)    Defendant's counsel in the Consolidated Action shall promptly mail a copy of this Order to counsel for the plaintiff(s) in each subsequently filed or transferred related action and to any defendant in any such action not already a party to any action previously consolidated.

    (c)    Counsel for the parties to the Consolidated Action shall promptly submit to the Court a proposed order consolidating any such action.

    (d)    Any party objecting to the application of this Order to such subsequently filed or transferred action shall have 14 days from the mailing of a copy of this Order to file a motion seeking relief from this Order.

4.    The parties shall do the following:

    (a)    Plaintiffs shall file a consolidated complaint no later than August 7, 2023.

    (b)    Carnival shall file its responsive pleading no later than September 6, 2023.

    (c)    If the responsive pleading is a motion to dismiss, Plaintiffs shall file a response no later than October 6, 2023.

    (d)    If the responsive pleading is a motion to dismiss, Carnival shall file its reply no later than October 20, 2023.

    (e)    Discovery shall be stayed until Plaintiffs file a consolidated complaint or until the Court denies consolidation.

Dated: June 8, 2023

By: */s/ Jacob Heath*
Jacob Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Carnival Corporation

By: */s/ Jonathan Jagher*
Jonathan Jagher
FREED KANNER LONDON & MILLEN LLC
Attorneys for Plaintiffs Price and Hernandez

By: */s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery
LYNCH CARPENTER LLP
Attorneys for Plaintiff Oliver

By: */s/ Steven Nathan*
Steven Nathan
HAUSFELD LLP
Attorneys for Plaintiffs Hernandez and Mikulsky