

## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| India Price, et al | Plaintiff, | Case No. 3:23-cv-00236-GPC-MSB |
|---|---|---|
| v. | | **PRO HAC VICE APPLICATION** |
| Carnival Corporation | Defendant. | Plaintiffs |
| | | Party Represented |

I, __Elizabeth Pollock-Avery__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Lynch Carpenter, LLP
Street address: 1133 Penn Avenue, 5th Floor
City, State, ZIP: Pittsburgh, PA 15222
Phone number: (412) 322-9243
Email: elizabeth@lcllp.com
That on __11/27/2012__ I was admitted to practice before __Supreme Court of Pennsylvania__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Todd D. Carpenter                    (619) 762-1910
(Name)                               (Telephone)

Lynch Carpenter, LLP
(Firm)

1234 Camino Del Mar              Del Mar           92014
(Street)                         (City)            (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)