JACOB HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
CARNIVAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-CV-00236<br><br>**DECLARATION OF JACOB M. HEATH IN SUPPORT OF DEFENDANT CARNIVAL CORPORATION'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Gonzalo P. Curiel |

I, Jacob M. Heath, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court. I am a partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Carnival Corporation ("Carnival") in the matter of *India Price v. Carnival Corp.*, Case No. 3:23-CV-00236. I make this declaration in support of Defendant Carnival Corporation's Motion to Dismiss Consolidated Class Action Complaint. I am familiar with the events, pleadings, and discovery in this action and, if called as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. Attached as **Exhibit A** is a copy of the Carnival website, carnival.com, incorporated by reference into the Consolidated Class Action Complaint. *See, e.g.*, Consolidated Class Action Complaint, ECF No. 15, ¶¶ 64-65.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 6, 2023 in Oakland, California.

                                                  */s/ Jacob M. Heath*
                                                  JACOB M. HEATH