# Exhibit A

UPDATE

Stay up-to-date on canceled cruises and travel advisories.

hide advisory





**SAIL TO**

**SAIL FROM**

**DATES**

**SEARCH CRUISES**

*Taxes, Fees and Port Expenses range from $63.19 to $401.14, and are assessed on a per guest basis for all guests according to the itinerary.





SMILE AND GET AWAY TO HALF M😄😎N CAY

A PRIVATE ISLAND PARADISE



🛈 **COOKIE POLICY**

We use cookies to personalize content and ads, to provide social media features and to analyze our traffic. You can read more about it in our privacy notice. You can accept the use by closing or dismissing this notice.

## GET AWAY TO HALF MOON CAY



**4 DAY**
**The Bahamas from Miami, FL**

CRUISES FROM
**$174*** 
PER PERSON

[SHOP NOW]



**5 DAY**
**Eastern Caribbean from Miami, FL**

CRUISES FROM
**$239***
PER PERSON

[SHOP NOW]



**5 DAY**
**The Bahamas from Port Canaveral (Orlando), FL**

CRUISES FROM
**$269***
PER PERSON

[SHOP NOW]

* Taxes, fees, and port expenses additional.

Log in to shop your best cruise deal.    [Log In]

---



**EARN A $200 CREDIT**
Earn a $200 statement credit toward your cruise with the Carnival® Mastercard®.
**APPLY NOW**



**EXPLORE AUSTRALIA CRUISES**
Sail from Sydney or Brisbane for Aussie adventures or to exotic South Pacific Islands.
**LEARN MORE**



**2022 CRUISE DEALS**
Get big savings! Check out 2022 cruise deals and begin to plan your next adventure.
**SHOP NOW**

**Financing Powered by Uplift**
**$0 DOWN + INTEREST-FREE**
Finance your next cruise. Available on all Sailings
**PRE-QUALIFY NOW**

---

| PLAN A CRUISE | GROUP TRAVEL | ALREADY BOOKED | CUSTOMER SERVICE | CORPORATE | ABOUT CARNIVAL |
|---|---|---|---|---|---|
| Today's Deals | Group Shore Excursions | Manage My Cruises | FAQs | World's Leading Cruise Lines | About Us |
| Search Cruises | Charters, Meetings & Incentives | Shore Excursions | Contact Us | Sustainability | Cruise Ticket Contract |
| Travel Agent Finder | Themed Cruises | In-Room Gifts & Shopping | Guests with Disabilities | Business Ethics | Passenger Bill Of Rights |
| Weddings & Occasions | | Spa & Salon Services | Early Saver Price Protection Form | Diversity & Inclusion | Safety and Security |
| Gift Cards | | Internet Plans | | Slavery Statement | |
| Carnival MasterCard | | Beverage Packages | Lowest Price Guarantee Claim Form | Investor Relations | St. Jude |
| Financing Powered | | Carnival HUB App | | Carnival Foundation | |
| | | | Lost and Found | | |

🛈 COOKIE POLICY
We use cookies to personalize content and ads, to provide social media features and to analyze our traffic. You can read more about it in our privacy notice. You can accept the use by closing or dismissing this notice.                                                                         ✕

| Carnival EasyPay | Airport Transportation | Post-Cruise Inquiries |
| --- | --- | --- |
| VIFP Club | | Do Not Sell My Personal Information |
| | | Legal Notices for EU & UK Guests |

Press/Media   Legal Notices   Privacy & Cookies   Careers   Travel Partners   Site Map



© 2021 Carnival Corporation. All rights reserved.

Indicates external site which may or may not meet accessibility guidelines.

*Taxes, fees and port expenses are additional. View terms and conditions

### 🛈 COOKIE POLICY

We use cookies to personalize content and ads, to provide social media features and to analyze our traffic. You can read more about it in our privacy notice. You can accept the use by closing or dismissing this notice.