UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, AND ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION<br><br>Defendant. | Case No.:  23-cv-236-GPC-MSB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>[ECF No. 18] |

Defendant Carnival Corporation ("Defendant") filed a Motion to Dismiss.  ECF No. 18.  The Court will set the following briefing schedule.  Any opposition shall be filed on or before September 27, 2023.  Any reply shall be filed on or before October 11, 2023.  A hearing on this matter is scheduled for **November 3, 2023, at 1:30 PM in Courtroom 2D**.

///

///

///

1

**IT IS SO ORDERED.**

Dated: September 11, 2023

Hon. Gonzalo P. Curiel
United States District Judge