**LYNCH CARPENTER, LLP**
Elizabeth Pollock-Avery (*Pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
elizabeth@lcllp.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>CARNIVAL CORPORATION,<br><br>                 Defendant. | Case No. 3:23-cv-00236-GPC-MSB<br><br>**JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Gonzalo P. Curiel |

Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, Daniel Rubridge, and Ariel Oliver (collectively, "Plaintiffs") and Defendant Carnival Corporation ("Defendant"), by and through the undersigned counsel, hereby stipulate and jointly move the Court to modify case schedule.

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on August 7, 2023 (ECF 15). Defendant filed its Motion to Dismiss on September 6, 2023 (ECF 18). The Court entered a Briefing Schedule on Motion to Dismiss (ECF 19) on September 11, 2023;

WHEREAS, after analyzing the motion to dismiss, Plaintiffs will file an amended complaint and, therefore, require additional time to perform the necessary steps to prepare an adequate filing;

WHEREAS, the parties have conferred and reached an agreement for Plaintiffs' extension of time to file their amended complaint as well as a case schedule for Defendant's answer or other responsive pleading and subsequent briefing, if so required;

The parties hereby stipulate to the following:

Plaintiffs' amended complaint shall be due by October 6, 2023. Defendant shall have thirty (30) days to file an answer or other responsive pleading. If Defendant files a motion to dismiss, Plaintiffs shall have thirty (30) days to file their Opposition, and Defendant shall have fourteen (14) days to file its Reply.

This is the parties' first request for an extension of these deadlines. This extension is sought because additional time is required to prepare the aforementioned amended complaint, an answer or other responsive pleading, and any further briefing as needed.

**IT IS SO STIPULATED.**

Dated: September 19, 2023

Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**LYNCH CARPENTER, LLP**

*/s/ Jacob Heath*
Jacob Heath (STATE BAR NO. 238959)
jheath@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*/s/ Elizabeth Pollock-Avery*
Elizabeth Pollock-Avery (*Pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
elizabeth@lcllp.com

*Counsel for Plaintiffs*

*Counsel for Defendant*