# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>CARNIVAL CORPORATION,<br><br>     Defendant. | Case No. 3:23-cv-00236-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>**[ECF Nos. 18, 20]** |

Before the Court is the parties' Joint Motion to Modify Case Schedule.  For good cause shown, the Joint Motion is **GRANTED**.  Plaintiffs' amended complaint shall be due by **October 6, 2023**. Defendant shall have thirty (30) days to file an answer or other responsive pleading.  If Defendant files a motion to dismiss, Plaintiffs shall have thirty (30) days to file their Opposition, and Defendant shall have fourteen (14) days to file its Reply.  The Court denies the pending motion to dismiss, ECF No. 18, as moot.  ///

///

///

///

1    **IT IS SO ORDERED.**

2

3    Dated:  September 19, 2023

4                                                    Hon. Gonzalo P. Curiel
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28