UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, AND ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION<br><br>Defendant. | Case No.: 23-cv-236-GPC-MSB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>[ECF No. 23] |

Defendant Carnival Corporation ("Defendant") filed a Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint. ECF No. 23. In accordance with the modified case schedule, ECF No. 21, the Court will set the following briefing schedule. Any opposition shall be filed on or before December 6, 2023. Any reply shall be filed on or before December 20, 2023. A hearing on this matter is scheduled for January 12, 2024, at 1:30 PM in Courtroom 2D.

///

///

1

23-cv-236-GPC-MSB

**IT IS SO ORDERED.**

Dated:  November 7, 2023

Hon. Gonzalo P. Curiel
United States District Judge