AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually and on behalf of all others similarly situated, <br> *Plaintiff* <br> v. <br> CARNIVAL CORPORATION <br> *Defendant* | Case No. 3:23-cv-00236-GPC-MSB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, Daniel Rubridge, and Ariel Oliver.

Date: 01/10/2024

/s/ Scott G. Braden
*Attorney's signature*

Scott G. Braden (SBN 305051)
*Printed name and bar number*

LYNCH CARPENTER, LLP
1234 Camino del Mar
Del Mar, California 92014
*Address*

scott@lcllp.com
*E-mail address*

(619) 762-1900
*Telephone number*

(724) 656-1556
*FAX number*