## TABLE OF CONTENTS

| Exhibit | Description | Page Nos. |
|---|---|---|
| 1 | Hausfeld LLP firm resume | 1-7 |
| 2 | Brian C. Gudmundson resume | 8-10 |
| 3 | Freed Kanner London & Millen LLC firm resume | 11-32 |
| 4 | Lynch Carpenter, LLP firm resume | 33-44 |

# Exhibit 1



FIRM RESUME
HAUSFELD PRIVACY & DATA BREACH

## About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier of private enforcement of antitrust/competition law, as well as a firm to watch in privacy law, in both the United States and the United Kingdom by *The Legal 500* and *Chambers and Partners*. Our German office is also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Brussels, Düsseldorf, Hamburg, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Privacy & Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

**Privacy & Data Breach**

Hausfeld has long been recognized as a leader in cybersecurity and privacy litigation and has been involved in many of the largest and most cutting-edge data breach and privacy cases – both in the United States and in Europe. Hausfeld's Technology & Data Breach attorneys have led dozens of cases and been pioneers in seeking compensation for victims of data breaches and privacy violations. Hausfeld has also contributed to the development of privacy law in the United States and abroad. We have recovered billions of dollars of benefits for consumers and other entities in legal actions against retailers, healthcare companies, credit bureaus, and others whose ineffective security measures led to the exfiltration of private information. We have also been pioneers in seeking enhanced business practice changes to ensure that such data is protected in the future.

Hausfeld is proud to be one of only five firms honored by *Law360* with the award for 2021 Cybersecurity and Privacy Practice Group of the Year.



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**
*The Legal 500*

## Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. The firm's inventive cross border solutions work to the benefit of the multinational companies it often represents.

**HAUSFELD**
FOR THE CHALLENGE

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times*, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 165 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Brussels, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

# Litigation achievements

Hausfeld has achieved groundbreaking decisions and settlements on behalf of victims of data breach and privacy violations, including;

***In re: T-Mobile Customer Data Security Breach Litigation MDL*** Represented a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

***In re Marriott International Inc., Customer Data Security Breach Litig.*** Representing a class of plaintiffs as co-lead plaintiffs' counsel against hotel chain Marriott and its data security vendor Accenture. Hausfeld's filing came on the heels of Marriott's admission that approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. The opinion allows the plaintiffs to seek damages related to overpayment for hotel rooms, as well as statutory and nominal damages. The Court also found that consumers might be able to recover damages for the inherent value of their personal information stolen during the breach. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.

***In re Equifax, Inc. Customer Data Security Breach Litig.*** Reached a $1.5 billion settlement for data breach victims as part of the court-appointed Plaintiffs' Steering and Settlement Committee. This massive 2017 breach exposed the Social Security numbers, birth dates, addresses, driver's licenses, and credit card numbers of millions of consumers. In 2021, the Eleventh Circuit Court of Appeals upheld the settlement over the appeal of several objectors making it the largest data breach settlement ever approved by a Circuit Court of Appeals.

***In re TikTok, Inc. Consumer Privacy Litig.*** Obtained a $92 million settlement, one of the largest Biometric Information Protection Act ("BIPA") settlements ever, against popular app, TikTok. TikTok violated the Illinois BIPA laws, as well as numerous other privacy statutes, with its face capturing software that numerous minors and young adults use to share videos and messages.

***In re Target Corporation Customer Data Security Breach Litig.*** Secured a $60 million settlement to a nationwide class of financial institutions after class certification. This data breach was the largest data breach at the time, where financial institutions were forced to replace millions of credit cards. The settlement covered the out-of-pocket costs sustained due to the breach and required Target to implement numerous data security changes going forward.

***In re Premera Blue Cross Customer Data Sec. Breach Litig.*** Secured a $74 million settlement, as a member of the Executive Leadership Committee, on behalf of health insurance customers' whose data was stolen. Premera Blue Cross was aware of their inadequate data security when an employee opened a phishing email, giving hackers access to company data.

www.hausfeld.com

# James J. Pizzirusso

**Partner**
Washington, DC

✉ jpizzirusso@hausfeld.com

📞 +1 202 540 7154

in http://www.linkedin.com/pub/james-pizzirusso/6/505/811



## OVERVIEW

**Experience**

James has led Hausfeld's consumer protection practice group since the firm's inception and courts have personally appointed him to leadership positions in numerous successful consumer fraud class actions. He has a diverse practice centering on consumer protection and cybersecurity/privacy law, antitrust law (with an emphasis in agriculture), environmental torts, and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

**Clients**

James has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients -- including musicians and professional athletes. He has successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

James' distinctive approach to litigation has resulted in recoveries of hundreds of millions of dollars for his clients and class members.

## EDUCATION

George Washington University Law School, J.D., with honors, 2001

University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

## BAR ADMISSIONS

District of Columbia

Virginia

The Supreme Court of the United States

The Fourth Circuit Court of Appeals

The Sixth Court of Appeals

The Ninth Court of Appeals

Several Federal District Courts

## AFFILIATIONS

Vice Chair, ABA Antitrust Law Section's Competition Torts Committee (2020-2023)

Appointed Member, Sedona Conference Data Security and Privacy Liability (Working Group 11) Steering Committee (2020)

Co-Chair, ABA Antitrust Section's Food & Agriculture Committee (2017)

Vice Chair, ABA Antitrust Section's Food & Agriculture Committee (2014-2016)

Vice Chair, ABA Antitrust Section's Trade, Sports, Professional Associations Committee (2012- 2013)

Adjunct Professor, Environmental and Toxic Torts, George Washington University Law School (2009)

Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic, George Washington University Law School (2007)

## EXPERIENCE

### Antitrust/Competition

- *In re Processed Egg Products Antitrust Litig.* – $136 million in settlements reached on behalf of direct purchasers of shell eggs.
- *In re Fresh and Process Potatoes Antitrust Litig.* – $19.5 million settlement reached on behalf of purchasers of potatoes.
- *In re New Jersey Tax Sale Certificates Antitrust Litig.* – $9.5 million settlement on behalf of victims of bid-rigging conspiracy related to tax sale certificates.

### Deceptive Business Practices & Consumer Protection

- *Morris v. Bank of America, N.A.* – Appointed co-lead, settlement pending.
- *In re Sony PS3 "Other OS" Litig.* – Appointed co-lead counsel in case involving falsely advertised PlayStations; $4 million settlement.
- *Radosti v. Envision EMI, LLC* – $17.5 million nationwide settlement.
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.* – $8 million nationwide settlement.
- *Brown v. Transurban (USA), Inc.* – Appointed co-lead counsel; nationwide settlement in this case involving excessive toll lane fees.
- *In re Honey Transshipping Litig.* – $4 million nationwide Lanham Act settlement on behalf of honey producers.
- Represented Vital Farms in Lanham Act litigation against competitor resulting in confidential settlement.

### Environmental & Product Liability

- *Bhatia v. 3M Company* – Appointed Chair of the Plaintiffs' Executive Committee; $32.5 million settlement for dentists who purchased defective Lava crown material.
- *Wolph v. Acer America Corp.* – Appointed co-lead counsel; disputed class involving defective computers certified on a nationwide basis; $22.7 million settlement later achieved.
- *Pelletz v. Weyerhaeuser Company* – Case involving defective decking product; nationwide settlement.
- *In re Monsanto Company Genetically-Engineered Wheat Litig.* – Chair of lead counsel group; settled claims for individual wheat farmers impacted by contamination from genetically engineered wheat.
- Represented numerous farmers and landowners in Barbados related to jet fuel contamination claims, confidential settlement achieved.

**Public Entity**

We have extensive experience representing public and governmental entities, including state Attorneys General Offices, municipal utility boards, and counties in high-stakes investigations and litigation involving a variety of legal practice areas, including antitrust, consumer protection, financial services, and environmental law. The firm's public entity portfolio includes:

- Retention by state Attorneys General Offices for antitrust litigation against Big Tech platforms.
- Retention by the largest public water supplier in the country relating to environmental contamination.
- Retention by public entities to pursue antitrust claims relating to fraud in financial markets; and
- Retention by the state of West Virginia in one of the earliest cases against the pharmaceutical industry relating to the opioid crisis, filed decades before the current wave of opioid litigation.

**Sports & Entertainment**

- *In re Warner Music Group Corp. Digital Downloads Litig.* – Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *James v. UMG Recordings, Inc.* - Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *Dryer v. Nat'l Football League* – $50 million settlement on behalf asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

**Technology & Data Breach**

- *In Re: Entertainment Partners Data Breach Litigation* – Appointed to Plaintiffs' Steering Committee.
- *In re Enzo Biochem Data Security Litigation* – Appointed as interim co-lead.
- *Doe v. Highmark, Inc.* – Appointed to Plaintiffs' Steering Committee.
- *Debt Cleanse Group Services, LLC v. GoTo Technologies USA, Inc., et al.* – Appointed co-chair of the Executive Committee.
- *Brown v. NextGen Healthcare, Inc.* – Appointed to Plaintiffs' Steering Committee.
- *Kolstedt v. TMX Finance Corporate Services Inc.* – Appointed to Plaintiffs' Steering Committee.
- *In Re: Overby-Seawell Company Customer Data Sec. Breach Litig.* – Appointed to Plaintiffs' Steering Committee.
- *In re LastPass Data Security Incident Litig.* – Appointed to Plaintiffs' Steering Committee.
- *Whelan v. Webster Fin. Corp.* – Appointed as Co-Lead
- *In Re: Entertainment Partners Data Breach Litigation* – Appointed to Plaintiffs' Steering Committee.
- *In re Enzo Biochem Data Security Litigation* – Appointed as interim co-lead.
- *Doe v. Highmark, Inc.* – Appointed to Plaintiffs' Steering Committee.
- *Debt Cleanse Group Services, LLC v. GoTo Technologies USA, Inc., et al.* – Appointed co-chair of the Executive Committee.
- *Brown v. NextGen Healthcare, Inc.* – Appointed to Plaintiffs' Steering Committee.
- *Kolstedt v. TMX Finance Corporate Services Inc.* – Appointed to Plaintiffs' Steering Committee.
- *In Re: Overby-Seawell Company Customer Data Sec. Breach Litig.* – Appointed to Plaintiffs' Steering Committee.
- *In re LastPass Data Security Incident Litig.* – Appointed to Plaintiffs' Steering Committee.
- *Whelan v. Webster Fin. Corp.* – Appointed as Co-Lead
- *In re Equifax, Inc. Customer Data Security Breach Litig.* – Appointed to Plaintiffs' Steering Committee and Settlement Committee; $1.5 billion settlement.
- *In re Target Corporation Customer Data Security Breach Litig.* – Appointed to Steering Committee on behalf of financial institutions, nationwide class certification granted, $60 million settlement.
- *First Choice Federal Credit Union v. Wendy's* – Appointed to Plaintiffs' Executive Committee); $50 million settlement.

- *In re The Home Depot, Inc. Customer Data Security Breach Litig.* – Chair of the Plaintiffs' Steering Committee; $40 million settlement.
- *In re Premera Blue Cross Customer Data Sec. Breach Litig.* – Appointed to Executive Leadership Committee; $74 million settlement.
- *In re Arby's Rest. Group, Inc. Data Security Litig.* – Appointed as Co-Lead; $3 million settlement.
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.* – Appointed as co- lead; $18.5 million settlement.
- *In re Marriott International Inc., Customer Data Security Breach Litig.* – Appointed as co-lead; motion to dismiss denied, case pending.
- *In re TikTok, Inc. Consumer Privacy Litig.* – $92 million settlement for BIPA and privacy violations pending.