## TABLE OF CONTENTS

| Exhibit | Description | Page Nos. |
|---|---|---|
| 1 | Hausfeld LLP firm resume | 1-7 |
| 2 | Brian C. Gudmundson resume | 8-10 |
| 3 | Freed Kanner London & Millen LLC firm resume | 11-32 |
| 4 | Lynch Carpenter, LLP firm resume | 33-44 |

# Exhibit 2

**BRIAN C. GUDMUNDSON**



**Zimmerman Reed, LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
t: 612.341.0400

Brian.Gudmundson@zimmreed.com

**PROFESSIONAL PROFILE**

Brian Gudmundson concentrates his practice on complex litigation and commercial class actions, including the areas of Data Privacy, Consumer, Intellectual Property, and Sports Litigation. Brian represents individuals, businesses, and public and private institutional clients in a variety of complex cases.

Ongoing litigation highlights:

- Appointed co-lead consel in *Anderson, et al. v. Fortra LLC*, 0:23-cv-00533-SRN-DTS (D. Minn.), alleging damages arising from data breach of millions of consumers' personal information.
- Appointed co-lead counsel in *In re: Whelan, et al. v. Webster Financial Corporation*, 3:23-cv-00567-SVN (D. Conn.), alleging damages arising from breach of consumers' personal identifying information
- Appointed co-lead counsel in *In re: Nuff v. Alvaria, Inc.*, 1:23-cv-10999 (D. Mass.), alleging damages arising from breach of consumers' personal identifying information
- Appointed interim class counsel in the consolidated action *In re Alexa Data Privacy Consumer Litigation*, No. 21-cv-00854 (W.D. Wash.), alleging privacy violations related to the recording of communications obtained by Amazon's Alexa devices
- Appointed co-lead counsel in *In re: Netgain Technology, LLC, Consumer Data Breach Litigation*, 21-cv-1210 (D. Minn.) (SRN/LIB), alleging damages arising from breach of sensitive consumer medical and personal information
- Appointed co-lead counsel on behalf of consumers in the consolidated action *Patlan, et al. v. BMW of North America, LLC*, 18-cv-09546 (D.N.J.), alleging damages arising from fire and risk of fire caused by defective, recalled BMW vehicles
- Appointed co-lead counsel on behalf of financial institutions in recovering losses caused by the Sonic Data Breach (*In Re: Sonic Corp. Customer Data Security Breach*, 17-md-02807 (N.D. Ohio)
- Appointed to the Marriott Data Breach Plaintiffs' Steering Committee for the Financial Institution Track (MDL 2879)
- Member of the Lead Counsel Committee in a nationwide action challenging CenturyLink, Inc.'s alleged systematic and deceptive sales and overbilling practices (MDL 2795)
- Appointed to the Plaintiffs' Steering Committee on behalf of financial institutions nationwide in the Equifax Data Breach (MDL 2800)
- Appointed co-lead counsel to represent banks and credit unions in recovering losses caused by the Arby's data breach (*In re: Arby's Restaurant Group, Inc., Data Security Litig.*, 17-cv-00514, (N.D. Ga.))
- Member of the Plaintiffs Steering Committee alleging Vizio violated state and federal privacy laws by unlawfully collecting and selling private consumer data (MDL 2693)
- Co-lead counsel in *GLS Companies, et al. v. Minnesota Timberwolves Basketball LP*, challenging implementation of paperless ticketing system and restrictions on transfer of game tickets on behalf of ticketholders
- Member of the Plaintiffs Steering Committee representing banks and credit unions in recovering losses caused by the Home Depot data breach (MDL 2583)

**BRIAN C. GUDMUNDSON**

- Member of the Plaintiffs Steering Committee representing banks and credit unions in recovering losses arising from the Wendy's Data Breach (*First Choice Fed. Credit Union v. The Wendy's Co.*, 16-cv-00506 (W.D. Pa.))
- Appointed to Plaintiffs' Executive Committee representing public and private entities that purchased allegedly defective artificial turf from FieldTurf, Inc. that is prone to premature degradation (MDL 2779)
- Member of the Plaintiffs Executive Committee representing Cigna Health Insurance plan participants alleging Cigna illegally inflated and clawed back prescription copayments (*Negron v. Cigna Corp., et al.*, 16-cv-01702 (D. Conn.))
- Appointed member of the Plaintiffs' Executive Committee in In re: Fedloan Student Loan Servicing Litigation, MDL No. 2833, (E.D. Pa.) in action alleging student loan abuses harming public servant borrowers
- Member of the Plaintiffs Executive Committee representing Humana insurance plan participants alleging that Humana illegally inflated and clawed back prescription copayments (*In re Humana, Inc. PBM Litig.,* 16-cv-00706 (W.D. Ky.))
- Member of the Plaintiffs Executive Committee asserting claims on behalf of dentists against 3M for alleged sale of defective dental crowns (*Vikram Bhatia, D.D.S. v. 3M Co.,* 16-cv-01304 (D. Minn.)
- Member of the lead counsel team that representing financial institutions in recovering losses suffered in the 2013 Target data breach, which resulted in the first certified nationwide data breach class and multimillion dollar settlement (MDL 2522)
- Member of the lead counsel team representing retired NHL players in claims arising from concussive head injuries suffered while professional players (MDL 2551)
- Member of the lead counsel team that achieved a $50 million settlement on behalf of retired National Football League players in a class action against the League for the unauthorized use of former players' identities to generate revenue (*Dryer v. National Football League,* 09-cv-02182 (D. Minn.)
- Represents hundreds of retired NFL players in claims arising from concussive head injuries suffered while professional players (MDL 2323)
- Specializes in claims under the RICO Act and represents multiple non-profit and faith-based investors pro bono in RICO claims arising from the $3.5 billion Petters Ponzi scheme

Brian currently serves on the Board of Directors of the Class Action Roundtable.

Brian received his BA from the University of Minnesota and his JD, cum laude, from the University of Minnesota Law School. Brian is admitted to the state courts of Minnesota, the U.S. District Courts for the District of Minnesota, the Northern District of Illinois, the District of Colorado, the 4th Circuit Court of Appeals, the 6th Circuit Court of Appeals, the 8th Circuit Court of Appeals, and the 10th Circuit Court of Appeals.

**EDUCATION**

University of Minnesota Law School
Juris Doctor, *cum laude*
Faculty Research Assistant
Member of National Moot Court
Member of Dean's List with an A Average
Minnesota Justice Foundation's Public Service Award

University of Minnesota
Bachelor of Arts, Psychology

**RECOGNITION**

Best Lawyers in America: Consumer Protection Law: 2023
Minnesota Super Lawyers 2017-2023
Minnesota Super Lawyers Rising Stars 2010-2016

**PRESENTATIONS AND/OR PUBLICATIONS**

## BRIAN C. GUDMUNDSON

"The NHL Players Concussion Injury Litigation, A Look Inside the Case and a Discussion of its Potential Impact," CLE, February 2017
"Oregon Law Summer Sports Institute," August 2016, University of Oregon School of Law
"Sports Law & the Former Athlete," March 2015, Anoka County Bar Association CLE
"Game Changers, Tackling Sports Law," Fall 2014, Perspectives Magazine
"The Second Circuit Determines that No Reliance is Necessary," July 2004, ricoact.com
"The Fourth Circuit's Attempt to Achieve a Balance Between the Policies Reflected in the McCarran-Ferguson Act and RICO," May 2004, ricoact.com

**PROFESSIONAL MEMBERSHIPS**

Federal Bar Association
Solicitors Regulation Authority
Minnesota State Bar Association
Hennepin County Bar Association
American Bar Association
American Association for Justice
Fellow, Litigation Counsel of America (invitation-only honorary society representing less than one-half of one percent of American lawyers)