UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, AND ARIEL OLIVER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No.: 23-cv-236-GPC-MSB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO APPOINT INTERIM CLASS AND LIAISON COUNSEL**<br><br>**[ECF No. 31]** |

Plaintiffs filed a Motion to Appoint Interim Class and Liaison Counsel. ECF No. 31. The Court will set the following briefing schedule. Any opposition shall be filed on or before February 16, 2024. Any reply shall be filed on or before February 23, 2024. A hearing on this matter is scheduled for March 8, 2024, at **1:30 PM in Courtroom 12A**.

**IT IS SO ORDERED.**

Dated: February 2, 2024

Hon. Gonzalo P. Curiel
United States District Judge

1

23-cv-236-GPC-MSB