JACOB HEATH (STATE BAR NO. 238959)
jheath@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
CARNIVAL CORPORATION

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-CV-00236-GPC-MSB<br><br>**JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>**L.Civ.R. 7.2**<br><br><br>Judge:      Hon. Gonzalo P. Curiel |

Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, Daniel Rubridge, and Ariel Oliver (collectively, "Plaintiffs") and Defendant Carnival Corporation ("Defendant"), by and through the undersigned counsel, hereby stipulate and jointly move the Court to modify case schedule.

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on August 7, 2023 (ECF 15). Defendant filed its Motion to Dismiss on September 6, 2023 (ECF 18). The Court entered a Briefing Schedule on Motion to Dismiss (ECF 19) on September 11, 2023;

WHEREAS, following the filing of Defendant's Motion to Dismiss, on September 19, 2023, the Parties jointly moved to modify the case schedule to allow Plaintiffs to file an amended complaint and specifying a briefing schedule should Defendant file a Motion to Dismiss (ECF 20);

WHEREAS, the Court entered an order granting the Parties' Joint Motion to Modify Case Schedule, requiring that Plaintiffs file an amended complaint by October 6, 2023, and providing Defendant with 30 days to respond to the complaint (ECF 21);

WHEREAS, Plaintiffs filed a First Amended Consolidated Class Action Complaint (ECF 22) (the "FAC") on October 6, 2023, and Defendant moved to dismiss the FAC on November 6, 2023 (ECF 23);

WHEREAS, the Court entered an Order Setting Briefing Schedule on Motion to Dismiss ECF 24) on November 7, 2023, stating that any opposition to Defendant's Motion to Dismiss shall be filed on or before December 6, 2023, and any reply filed on or before December 20, 2023.  The Order scheduled a hearing on Defendant's Motion to Dismiss for January 12, 2024;

WHEREAS, the Parties complied with the Court's briefing schedule and a hearing on Defendant's Motion to Dismiss was held on January 12, 2024 (ECF 28);

WHEREAS, on January 19, 2024, the Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss.  The Order provided Plaintiffs leave to amend the FAC but did not specify any deadlines for Plaintiffs' potential amendment or Defendant's response;

WHEREAS, counsel for Plaintiffs informed counsel for Defendant that Plaintiffs do not intend to amend the FAC and that the FAC is thus the operative complaint in this matter;

WHEREAS, Defendant desires to respond to Plaintiffs' complaint by way of answering the

FAC;

WHEREAS, the Parties have conferred and reached an agreement for the timing of Defendant's response to Plaintiffs' FAC to ensure that Defendant has sufficient time to investigate the facts underlying Plaintiffs' claims in order to prepare its answer.

The Parties hereby stipulate to the following:

Defendant's answer to Plaintiffs' FAC shall be due on or before March 22, 2024.

This is the Parties' first request for an extension of time for Defendant to answer Plaintiffs' FAC following the Court's order on Defendant's Motion to Dismiss. This extension is sought because, following the Court's January 19th Order and being informed that Plaintiffs will not be amending the FAC, Defendant requires additional time to prepare an answer to the FAC.

**IT IS SO STIPULATED.**

Dated: February 22, 2024                    Respectfully Submitted,

**ORRICK, HERRINGTON &**                    **FREED KANNER LONDON &**
**SUTCLIFFE LLP**                            **MILLEN LLC**

*/s/ Jacob Heath*                            */s/ Jonathan M. Jagher*
Jacob Heath (STATE BAR NO. 238959)           Jonathan M. Jagher
jheath@orrick.com                            923 Fayette Street
The Orrick Building                          Conshohocken, Pennsylvania 19428
405 Howard Street                            Telephone: 610-234-6486
San Francisco, CA 94105-2669                 jjagher@fklmlaw.com
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759                   *Counsel for Plaintiffs*

*Counsel for Defendant*

JOINT MOTION TO MODIFY CASE SCHEDULE
3:23-cv-00236