1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated, | Case No. 3:23-CV-00236-GPC-MSB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |

Before the Court is the Parties' Joint Motion to Modify Case Schedule.  For good cause shown, the Joint Motion is **GRANTED**.  Defendant's answer to Plaintiffs' First Amended Complaint (ECF 22) shall be due by March 22, 2024.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Gonzalo P. Curiel
United States District Judge