# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-CV-00236-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>**[ECF No. 33]** |

Before the Court is the Parties' Joint Motion to Modify Case Schedule. For good cause shown, the Joint Motion is **GRANTED**. Defendant's answer to Plaintiffs' First Amended Complaint (ECF 22) shall be due by March 22, 2024.

**IT IS SO ORDERED.**

Dated: February 23, 2024

Hon. Gonzalo P. Curiel
United States District Judge

- 1 -