UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-00236-GPC-MSB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPOINT INTERIM CLASS AND LIAISON COUNSEL**<br><br>[ECF No. 31] |

Before the Court is Plaintiffs' Motion to Appoint Interim Class and Liaison Counsel. The Motion is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** as it relates to the appointment of Interim Class Counsel. However, the motion is **DENIED WITHOUT PREJUDICE** as it relates to the appointment of Liaison Counsel. While the Motion identifies relevant authority for the appointment of Interim Class Counsel, it fails to do the same for the appointment of Liaison Counsel.

This Court hereby **APPOINTS** James J. Pizzirusso of Hausfeld LLP, Brian C. Gudmundson of Zimmerman Reed LLP, Jonathan M. Jagher of Freed Kanner

1 | London & Millen LLC as Interim Class Counsel.

2 |     **IT IS SO ORDERED.**

3 | Dated: February 26, 2024

                                             Hon. Gonzalo P. Curiel
                                             United States District Judge