Jacob M. Heath (SBN 238959)
Rebecca Harlow (SBN 281931)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650-614-7400
Facsimile: +1 650-7401
Email: jheath@orrick.com
Email: rharlow@orrick.com

Jonathan A. Direnfeld (pro hac vice)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500
Email: jdirenfeld@orrick.com

Attorneys for Defendant
CARNIVAL CORPORATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:23-CV-00236-GPC-MSB |
| CARNIVAL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO PLAINTIFF, COUNSEL OF RECORD AND THE CLERK OF THE COURT**:

**PLEASE TAKE NOTICE** that JONATHAN A. DIRENFELD, counsel of record for Defendant CARNIVAL CORPORATION, hereby withdraws his appearance as counsel of record in the above-captioned case, and therefore requests that his name be removed from the Court and the parties' service lists.  Jacob M. Heath and Rebecca Harlow of Orrick, Herrington & Sutcliffe LLP will continue to represent Defendant in this matter.

Dated:  March 12, 2024

Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/ Jacob M. Heath
Jacob M. Heath (SBN 238959)
Rebecca Harlow (SBN 281931)
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650-614-7400
Facsimile: +1 650-7401
Email: jheath@orrick.com
Email: rharlow@orrick.com

Jonathan A. Direnfeld
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone:  (202) 339-8400
Fax:     (202) 339-8500
jdirenfeld@orrick.com

*Counsel for Defendant Carnival Corporation*

1

### **<u>CERTIFICATE OF SERVICE</u>**

2

3        I hereby certify that on the 29th day of February, 2024, I caused a true and correct copy of

4    the foregoing Notice of Withdrawal of Counsel, to be filed with the Clerk of Court using the

5    CM/ECF filing system.

6                                             */s/ Jacob M. Heath*
                                             Jacob M. Heath
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28