Elizabeth L. Pollock-Avery (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
elizabeth@lcllp.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CARNIVAL CORPORATION,<br><br>                Defendant. | Case No.: 3:23-cv-00236-GPC-MSB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Elizabeth Pollock-Avery, counsel of record for Plaintiffs Marilyn Hernandez, Erica Mikulsky, Ariel Oliver, India Price, and Daniel Rubridge, hereby withdraws her appearance as counsel of record in the above-captioned case, and therefore requests that her name be removed from the Court and the parties' service lists.

My employment at Lynch Carpenter, LLP has ended, and, as such, I will no longer be representing Plaintiffs, but Plaintiffs will continue to be represented by

Interim Class Counsel that have previously made an appearance in this matter, and no prejudice will result to any party as a result of this withdrawal.

Dated: May 2, 2024          **LYNCH CARPENTER, LLP**

By: /s/ *Elizabeth Pollock-Avery*
Elizabeth L. Pollock-Avery (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
elizabeth@lcllp.com