STEVEN M. NATHAN, SBN 153250
HAUSFELD LLP
33 WHITEHALL STREET
FOURTEENTH FLOOR
NEW YORK, NY 10004
TELEPHONE: (646) 357-1100
SNATHAN@HAUSFELD.COM

COUNSEL FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>    Defendant. | Case No. 3:23-cv-00236-GPC-MSB<br><br>**PROOF OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(A)** |

I hereby certify that a true and correct copy of *Plaintiffs' Initial Disclosures Under Federal Rule of Civil Procedure 26(a)* has been served via email on all counsel of record on this 15th day of May, 2024, as follows:

| | |
|---|---|
| Carey Alexander<br>**Scott+Scott Attorneys at Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>212-223-6444<br>calexander@scott-scott.com<br><br>Ethan Samuel Binder<br>**Scott&Scott Attorneys at Law LLP**<br>The Helmsley Building<br>230 Park Avenue<br>Ste 17th Floor<br>New York, NY 10169<br>646-650-3007<br>ebinder@scott-scott.com<br><br>Scott Gregory Braden<br>**Lynch Carpenter, LLP**<br>1234 Camino del Mar<br>Del Mar, CA 92014<br>619-762-1903<br>scott@lcllp.com<br><br>Todd D. Carpenter<br>**Lynch Carpenter, LLP**<br>1234 Camino del Mar<br>Del Mar, CA 92014<br>619-762-1900<br>todd@lcllp.com<br><br>Erin Green Comite<br>**Scott+Scott, Attorneys at Law, LLP**<br>156 South Main Street<br>Colchester, CT 06415<br>860-537-5537<br>ecomite@scott-scott.com<br><br>Joseph P. Guglielmo<br>**Scott+Scott, Attorneys at Law, LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com | Rebecca C. Harlow<br>**Orrick Herrington & Sutcliffe LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>415-773-5598<br>rharlow@orrick.com<br><br>Jacob Marcus Heath<br>**Orrick, Herrington & Sutcliffe LLP**<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>650-614-7400<br>jheath@orrick.com<br><br>Michael J Laird<br>**Zimmerman Reed, LLP**<br>1100 IDS Center, 80 South 8th St.<br>Minneapolis, MN 55402<br>920-915-3328<br>michael.laird@zimmreed.com<br><br>Anja Rusi<br>**Scott & Scott LLP**<br>156 S. Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-531-2608<br>arusi@scott-scott.com<br><br>Aravind Swaminathan<br>**Orrick, Herrington & Sutcliffe LLP**<br>401 Union Street<br>Suite 3300<br>Seattle, WA 98101<br>206-839-4300<br>aswaminathan@orrick.com<br><br>Rachel Kristine Tack<br>**Zimmerman Reed, LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br>Rachel.Tack@zimmreed.com |

*/s/ Steven M. Nathan*
Steven M. Nathan

2
PROOF OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES
UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(A)
3:23-CV-00236-GPC-MSB