UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, et al., | Case No.:  23cv236-GPC (MSB) |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER [ECF NO. 46]** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |

On June 21, 2024, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 46.)  The Court has reviewed and considered the parties' Stipulated Protective Order [id. at 5-17] and, for good cause shown, **GRANTS** the joint motion.

**IT IS SO ORDERED.**

Dated:  June 25, 2024

Honorable Michael S. Berg
United States Magistrate Judge