JACOB HEATH (SBN 238959)
jheath@orrick.com
REBECCA HARLOW (SBN 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
CARNIVAL CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 3:23-CV-00236-GPC-MSB<br><br>**JOINT MOTION TO SCHEDULE STATUS CONFERENCE**<br><br>**L.Civ.R. 7.2**<br><br><br>Judge:    Hon. Gonzalo P. Curiel |

1    Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, Daniel Rubridge,
2 and Ariel Oliver (collectively, "Plaintiffs") and Defendant Carnival Corporation
3 ("Defendant"), by and through the undersigned counsel, hereby jointly move the
4 Court to schedule a status conference in the above-captioned action.
5    WHEREAS, Plaintiffs filed a First Amended Complaint (the "Complaint") in
6 this Action on October 6, 2023;
7    WHEREAS, Defendant moved to dismiss Plaintiffs' Complaint on November
8 6, 2023;
9    WHEREAS, the Court heard argument regarding Defendant's Motion to
10 Dismiss on January 12, 2024;
11    WHEREAS, the Court denied in part and granted in part Defendant's Motion
12 to Dismiss on January 19, 2024;
13    WHEREAS, Defendant answered Plaintiffs' Complaint on March 22, 2024;
14    WHEREAS, pursuant to this Court's Notice and Order for: (1) Early Neutral
15 Evaluation, (2) Case Management Conference, and (3) Pre-ENE Status Conference
16 (ECF No. 38), the Parties participated in an ENE and held a scheduling conference
17 in the above-captioned litigation on May 22, 2024;
18    WHEREAS, Plaintiffs served discovery on Defendant on June 20, 2024;
19    WHEREAS, at the January 12, 2024 Hearing on Defendant's Motion to
20 Dismiss, the Court asked Defendant, "[Y]ou haven't raised standing; correct?" to
21 which Defendant responded, "We have not at this point, Your Honor, no." (ECF #30
22 at 42:9-13);
23    WHEREAS, Defendant has conducted further investigation as to the facts
24 underlying the allegations in Plaintiffs' Complaint and has reason to believe that the
25 named Plaintiffs lack standing to bring the instant Action;
26    WHEREAS, Plaintiffs disagree regarding the propriety of any challenge to
27 standing given the current posture of the case and given the fact the operative
28 complaint's allegations have not changed since Defendant's first motion to dismiss;

1 | and

2 | WHEREAS, the Parties agree that a status conference with the Court to discuss
3 | a potential challenge to the named Plaintiffs' standing would be mutually beneficial,
4 | in addition to ultimately conserving the time and resources of the Court as well as the
5 | Parties.

6 | THEREFORE,

7 | The Parties hereby request that the Court schedule a status conference in the
8 | above-captioned matter for the purpose of discussing Defendant's potential challenge
9 | to the named Plaintiffs' standing.

10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 24, 2024 | Respectfully Submitted, |
| 3 | | |
| 4 | */s/ Rebecca Harlow* | */s/ Brian C. Gudmundson* |
| 5 | Rebecca Harlow (SBN 281931) | Jonathan M. Jagher |
|   | **ORRICK, HERRINGTON &** | **FREED KANNER LONDON** |
| 6 | **SUTCLIFFE LLP** | **& MILLEN LLC** |
| 7 | The Orrick Building | 923 Fayette Street Conshohocken, |
|   | 405 Howard Street | Pennsylvania 19428 |
| 8 | San Francisco, CA 94105-2669 | Tel.: (610) 234-6486 |
| 9 | Telephone: +1 415 773 5700 | jjagher@fklmlaw.com |
|   | Facsimile: +1 415 773 5759 | |
| 10 | rharlow@orrick.com | James J. Pizzirusso |
| 11 | | **HAUSEFELD LLP** |
|   | *Counsel for Defendant* | 888 16th Street N.W. |
| 12 | | Suite 300 |
| 13 | | Washington, D.C. 20006 |
|   | | Telephone: (202) 540-7200 |
| 14 | | Email: jpizzirusso@hausfeld.com |
| 15 | | |
| 16 | | Brian C. Gudmundson |
|   | | **ZIMMERMAN REED LLP** |
| 17 | | 1100 IDS Center |
| 18 | | 80 S. 8th Street |
|   | | Minneapolis, MN 55402 |
| 19 | | Tel.: (612) 341-0400 |
| 20 | | Brian.gudmundson@zimmreed.com |
| 21 | | *Counsel for Plaintiffs and Interim Lead Class Counsel* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |