# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated, | Case No. 3:23-CV-00236-GPC-MSB **ORDER GRANTING JOINT MOTION TO SCHEDULE STATUS CONFERENCE** |
| Plaintiffs, | |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |

Before the Court is the Parties' Joint Motion to Schedule Status Conference. For good cause shown, the Joint Motion is **GRANTED**.

A status conference is scheduled for _____, 2024, to discuss a potential challenge to the named Plaintiffs' standing.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Gonzalo P. Curiel
United States District Judge