1
2
3
4
5
6
7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13

INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE, and ARIEL OLIVER, individually, and on behalf of all others similarly situated,

14

Plaintiffs,

15

v.

16

CARNIVAL CORPORATION,

17

Defendant.

18

Case No. 3:23-CV-00236-GPC-MSB

**ORDER DENYING JOINT MOTION TO SCHEDULE STATUS CONFERENCE**

**[ECF No. 49]**

19         Before the Court is the Parties' Joint Motion to Schedule Status Conference.

20    ECF No. 49.  The motion is **DENIED WITHOUT PREJUDICE**.  The motion

21    explains that Defendant "has reason to believe that the named Plaintiffs lack

22    standing to bring the instant action" and that Defendant may seek to bring "a

23    potential challenge to the named Plaintiffs' standing."  ECF No. 49 at 2–3.  The

24    motion does not explain how Defendant proposes to bring that challenge or whether

25    the proposed procedure would be available under the Federal Rules of Civil

26    Procedure, this district's local rules, or otherwise controlling case law.  Nor does

27    the motion identify the basis for Plaintiffs' objections "regarding the propriety of

28    any challenge to standing."  *Id.* at 1.  The parties may refile their motion and

1   address the deficiencies noted herein.

2        **IT IS SO ORDERED.**

3

4   Dated:  July 25, 2024

5                       Hon. Gonzalo P. Curiel

6                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28