```
1   SCOTT+SCOTT
    ATTORNEYS AT LAW LLP
2   Carey Alexander (pro hac vice)
    The Helmsley Building
3   230 Park Avenue 17th Floor
    New York, NY 10169
4   Telephone: 212-223-6444
    Facsimile:  212-223-6334
5   calexander@scott-scott.com

6
    Counsel for Plaintiffs
7
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, DANIEL RUBRIDGE and ARIEL OLIVER, individually and on behalf of all others similarly situated, Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendants. | Case No. 3:23-cv-00236-GPC-MSB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that I hereby withdraw as an attorney for Plaintiffs Marilyn Hernandez, Erica Mikulsky, Ariel Oliver, India Price, and Daniel Rubridge (collectively, "Plaintiffs") in the above-captioned action (the "Action"). I respectfully request to be removed from the Court's service list with respect to this Action. Joseph P. Guglielmo and Ethan S. Binder of Scott+Scott Attorneys at Law LLP will continue to represent Plaintiffs in the Action. All future correspondence and papers in the Action should continue to be directed to the aforementioned attorneys.

Dated: August 26, 2024

/s/ *Carey Alexander*
Carey Alexander (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
calexander@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26 day of August, 2024.

DATED: August 26, 2024

/s/ Carey Alexander
Carey Alexander (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
calexander@scott-scott.com

*Counsel for Plaintiffs*