BRIAN C. GUDMUNDSON (Admitted *pro hac vice*)
brian.gudmundson@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Tel: (612) 341-0400
Fax: (612) 341-0844

*Attorney for Plaintiffs*
*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, and ARIEL OLIVER, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CARNIVAL CORPORATION, <br><br> Defendant. | Case No. 3:23-cv-00236-GPC-BJC <br><br> **JOINT STIPULATION TO DISMISS MASSACHUSETTS CLASS AND RELATED CLAIMS FROM FIRST AMENDED COMPLAINT (ECF NO. 22) PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br><br> Judge:       Hon. Gonzalo P. Curiel |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, and Ariel Oliver and Defendant Carnival Corporation ("Defendant") (collectively the "Parties") hereby stipulate and submit this joint stipulation to dismiss the Massachusetts Class set forth in the First Amended Complaint (ECF No. 22) and claims specific to the Massachusetts Class, without prejudice, from the above-entitled action as follows:

WHEREAS, on or about October 6, 2023, Plaintiffs India Price, Erica Mikulsky, Marilyn Hernandez, Ariel Oliver, and Daniel Rubridge (collectively "Plaintiffs") filed a First Amended Consolidated Class Action Complaint (ECF No. 22) in this putative class action against Defendant;

WHEREAS, on or about March 22, 2024, Defendant filed an Answer to Plaintiffs' First Amended Consolidated Class Action Complaint (ECF No. 37), and largely denied Plaintiffs' claims and asserted various affirmative defenses;

WHEREAS, on September 20, 2024 the Parties filed a Joint Motion to Dismiss Plaintiff Daniel Rubridge (ECF No. 57);

WHEREAS, the Court entered an Order on September 27, 2024, granting the Parties' Joint Motion to Dismiss Plaintiff Daniel Rubridge and Daniel Rubridge's claims in this action were dismissed without prejudice, with each party to bear its own costs, including attorneys' fees (ECF No. 58);

WHEREAS, Daniel Rubridge was the only proposed representative for the purported Massachusetts Class alleged in the First Amended Complaint (ECF No. 22 ¶ 75);

WHEREAS, the Parties agree that without a proposed representative belonging to the purported Massachusetts Class, claims asserted solely on behalf of the Massachusetts Class (Counts VII and VIII) should not proceed;

THEREFORE, pursuant to the Parties' agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree that the Massachusetts Class and Counts VII and VIII in this action shall be dismissed without prejudice, with each party to bear its own costs, including attorneys' fees.

**IT IS SO STIPULATED.**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 8, 2024 | */s/ Brian C. Gudmundson*<br>Brian C. Gudmundson (*pro hac vice*)<br>**ZIMMERMAN REED, LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: (612) 341-0400<br>brian.gudmundson@zimmreed.com |
|   | James J. Pizzirusso (*pro hac vice*)<br>**HAUSFELD LLP**<br>888 16th Street, Suite 300<br>Washington, DC 20006<br>Tel.: (202) 540-7200<br>jpizzirusso@hausfeld.com |
|   | Jonathan M. Jagher (*pro hac vice*)<br>**FREED KANNER LONDON &<br>  MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>jjagher@fklmlaw.com |
|   | ***Plaintiffs' Interim Class Counsel*** |
| Dated: October 8, 2024 | */s/ Rebecca Harlow*<br>Rebecca Harlow (STATE BAR NO. 281931)<br>**ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel.: (415) 773-5700<br>rharlow@orrick.com |
|   | ***Counsel for Defendant*** |

## SIGNATORY CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to counsel for Defendant, and that I have obtained all necessary authorizations to affix Defendants' counsel's electronic signature to the document.

Dated: October 8, 2024              */s/ Brian C. Gudmundson*
                                    Brian C. Gudmundson