1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, and ARIEL OLIVER, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CARNIVAL CORPORATION, <br><br> Defendant. | Case No. 3:23-cv-00236-GPC-BJC <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS MASSACHUSETTS CLASS AND RELATED CLAIMS FROM FIRST AMENDED COMPLAINT (ECF NO. 22)** <br><br> [ECF No. 59] |

Before the Court is the Parties' Joint Stipulation to Dismiss the Massachusetts Class and related claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 59. The Joint Stipulation is approved and **GRANTED** and the Court hereby approves as follows:

1. The Massachusetts Class and Counts VII and VIII in this action shall be dismissed without prejudice, with each party to bear its own costs, including attorneys' fees.

1    2. This shall not impact Massachusetts residents' participation in any

2         Nationwide Class the Court may  certify.

3         **IT IS SO ORDERED.**

4
     Dated:  October 8, 2024
5

6                                                   Hon. Gonzalo P. Curiel
                                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2
ORDER GRANTING JOINT STIPULATION TO DISMISS MASSACHUSETTS CLASS AND RELATED CLAIMS
                                                                      3:23-CV-00236-GPC-BJC