# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| INDIA PRICE, ERICA MIKULSKY, MARILYN HERNANDEZ, and ARIEL OLIVER, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CARNIVAL CORPORATION, <br><br> Defendant. | Case No.: 3:23-cv-00236-GPC-DTF <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)(1)(A)(II)]** <br><br> [ECF No. 75] <br><br><br> Judge: Hon. Gonzalo P. Curiel |

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 75). The Joint Stipulation is approved and **GRANTED** and the Court hereby approves this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs except as set forth in their agreement.

**IT IS SO ORDERED.**

1
2 Dated: April 14, 2025
3
4

Hon. Gonzalo P. Curiel
United States District Judge